1  SUSAN A. MITCHELL (SBN 101114)
   email smitchell@mckennalong.com
2  FREDERICK A. CLARK (SBN 41778)
   email fclark@mckennalong.com
3  MCKENNA LONG & ALDRIDGE LLP
   444 South Flower Street, 8th Floor
4  Los Angeles, CA  90071-2901
   Telephone:   (213) 688-1000
5  Facsimile:    (213) 243-6330

6  Attorneys for Plaintiff and Counterdefendant
   **VANGUARD INTEGRITY**
7  **PROFESSIONALS, INC.**

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| VANGUARD INTEGRITY PROFESSIONALS, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>TEAM GORDON, INC.,<br><br>            Defendant.<br><br>TEAM GORDON, INC.,<br><br>            Counterclaimant,<br><br>      v.<br><br>VANGUARD INTEGRITY PROFESSIONALS, INC.,<br><br>            Counterdefendant. | CASE NO.  SACV08-185DOC (ANx)<br><br>Judge:           Hon. David O. Carter<br>Courtroom:    9D<br>Discovery<br>   Magistrate:   Hon. Arthur Nakazato<br>Courtroom:    6B<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION**<br><br>Date:    N/A<br>Time:    N/A |

Based upon the Stipulation to Dismiss Action with Prejudice filed by

Plaintiff and Counterdefendant Vanguard Integrity Professionals, Inc. and

1  Defendant and Counterclaimant Team Gordon, Inc., and good cause appearing
2  therefore,
3      IT IS HEREBY ORDERED that the action shall be and hereby is dismissed
4  in its entirety with prejudice as to both parties. Each party shall bear its own costs.
5
6  Dated:    January 30, 2009        */s/ David O. Carter*
7                                      UNITED STATES DISTRICT COURT JUDGE

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

ORDER DISMISSING ACTION PURSUANT TO STIPULATION-SACV08-185DOC (ANx)

LA:17340560.1